UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN T. PICKERING,

Plaintiff,

-against-

NEW YORK-PRESBYTERIAN HOSPITAL AND CLINICS, et al.,

Defendants.

1:26-CV-7412 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

In an order dated August 25, 2008, Plaintiff was barred from filing any new civil action in this court without first obtaining from the court leave to file. *See Pickering-George v. City of New York Bronx Cnty.*, ECF 1:08-CV-5112, 7 (KMW) (S.D.N.Y. Aug. 25, 2008) (CM/ECF docket entry only available), *appeal dismissed*, No. 08-5355-cv (2d Cir. May 1, 2009). Plaintiff files this new *pro se* civil action in this court, seeking *in forma pauperis* ("IFP") status, and has not sought leave from the court to file. The Court therefore dismisses this action without prejudice for Plaintiff's failure to comply with the court's August 25, 2008 order in *Pickering-George*, ECF 1:08-CV-5112, 7 (KMW). Accordingly, the Court denies all pending motions and requests filed in this action.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

Dated: September 2, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge